UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS, WESTERN DIVISION

IN RE:

Charles Kevin Arp
Deanne Arp

Debtor(s)

Case No.: 10 B 73680

Chapter: 13

Judge Manuel Barbosa

## NOTICE OF POST PETITION OBLIGATIONS DUE

**TO:** Lydia Meyer, Chapter 13 Trustee, P.O. Box 14127, Rockford, IL 61105-4127
Charles Kevin Arp, Deanne Arp, Debtor(s), 12644 Cortland Lane, Roscoe, IL 61073
Jason K. Nielson, Attorney for Debtor(s), 55 E. Monroe St. Suite #3400, Chicago, IL 60603

You are hereby notified that debtor(s) is(are) due to GMAC MORTGAGE, LLC AS SERVICER FOR RESIDENTIAL FUNDING COMPANY, LLC for the contractual mortgage payment due 07/06/11. As of the 11/22/11 Trustee's Notice of Final Mortgage Cure, Debtor owes for the 07/06/11 through 11/22/11 post-petition mortgage payments, with the 12/06/11 coming due. The current mortgage payment amount due each month is $801.36. As Debtor has failed to maintain post-petition payments, the current provision of the plan regarding reinstatement do not apply and any outstanding pre-petition amounts also remain due.

Pursuant to the terms of the confirmed plan, if no challenge to these advances is made by motion filed with the court and served on the undersigned and the trustee within thirty days of this notice or by 02/20/12, GMAC MORTGAGE, LLC AS SERVICER FOR RESIDENTIAL FUNDING COMPANY, LLC's rights to collect these amounts will remain unaffected.

## PROOF OF SERVICE

The undersigned, an attorney, hereby certifies that I have served a copy of this Notice upon the parties listed above, by causing same to be mailed in a properly addressed envelope, postage prepaid, from 7140 Monroe Street, Willowbrook, IL 60527, before the hour of 5:00 PM on January 20, 2012.

/s/ Gloria Tsotsos
Attorney for Creditor

Berton J. Maley ARDC#6209399
Gloria C. Tsotsos ARDC# 6274279
Jose G. Moreno ARDC#6229900
Rachael A. Stokas ARDC#6276349
Peter C. Bastianen ARDC#6244346
Joel P. Fonferko ARDC#6276490
Maria A. Georgopoulos ARDC#6281450
Cari A. Kauffman ARDC#6301778
**Codilis & Associates, P.C.**
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300
**C&A FILE (14-10-26929)**

NOTE: This law firm is deemed to be a debt collector.